===============================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

_____NORTHERN_____   DISTRICT OF   _____NEW YORK_____

JUDGMENT IN A CIVIL CASE

DOCKET NO 6:05-CV-1462 (LEK/GJD)

---

**CAROL HALL,**

                **Plaintiff,**

   -against-

**JAMES BROWN, individually and in his official
capacity as Mayor of the City of Rome,
RICHARD FERRUCCI, individually and as Police
Detective of the City of Rome,
FRANK TALLARINO, individually and as DPW
Commissioner of the City of Rome, and
THE CITY OF ROME, NEW YORK,**

                **Defendants.**

---

_____  JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_XX\_\_\_\_\_  DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated April 25, 2007.

DATE:  April 25, 2007                              **_LAWRENCE K. BAERMAN_**
                                                                   CLERK OF THE COURT

                                                                   */s/ Scott A. Snyder*
                                                                   **Courtroom Deputy to the
                                                                   Honorable Lawrence E. Kahn**